LAW OFFICES
## JACOBS ROSENBERG, LLC

(973) 410-9800
(866) 720-8000

GATEWAY FOUR, 3RD FLOOR
100 MULBERRY STREET
NEWARK, NEW JERSEY 07102
(973) 621-8000
FAX (973) 622-5153
www.jacobsrosenberg.com

NEW YORK ADDRESS:
25 CHAPEL STREET
SUITE 705
BROOKLYN, NEW YORK 11201
(212) 644-0500

June 8, 2009

RECEIVED
JUN 19 2009
AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

**VIA E-FILING and MAIL**
Michael A. Shipp, U.S.M.J.
United States District Court
Martin Luther King Jr.
  Federal Building and Courthouse
50 Walnut Street
Newark, NJ 07102

   Re:  **Kristy Bodle v. ImageCare Centers**
        **Civil Action No. 08-5502 (SRC)**

Dear Judge Shipp:

   We represent Defendant in the above matter. We are writing to request an extension to the fact discovery and deposition deadline in the Order dated February 20, 2009. Plaintiff's counsel has consented to the extension. The current deadline is July 15, 2009 and we request a one month extension to August 17, 2009.

   Currently, there is a Motion to Compel pending in the Court that is returnable on June 15, 2009. Defendant will need discovery obtained from the Motion in order to proceed with depositions. Furthermore, I will be out of the office for my wedding and honeymoon from the end of June until mid-July.

   Thank you for your kind consideration.

                                        Respectfully,

                                        JACOBS ROSENBERG, LLC

                                        By:  /s/Neha Dalal (ND7946)
                                             Neha Dalal, Esq.

cc:  Ellen Smith, Esq.
     Doreen Giambrone

So Ordered this 19th day
of June, 2009
   /s/ M.A. Shipp